Thank you. Good morning. Thank you. May it please the court, by the authority vested in me by the commission and the representatives of the Senate, the clerk, the acting trustee, and the administrative trust, I hereby reserve the rebuttal of time to modify an understanding that I am responsible for monitoring the time for the proceeding of the hearing of the defendant's case. Thank you. Thank you. Mr. Chief Justice, I refer to you as the Chief Justice of the Court of Orders, and I have the pleasure of speaking to you as a voluntary member of the Supreme Court. The Supreme Court is essentially a voluntary member of the Supreme Court, and I am here as the Chief Justice to inform you of the court's decisions. Mr. Chief Justice, it may be clear that I have been here a number of times, but I'd like to go right to a question that I have, and that is the question of deference to the bankruptcy charges. Mr. Pierce, in your brief, you said that the district court needs to observe it. It's possible that it should not provide an optimistic expression stemming from the bankruptcy charges. Simply, it requires decision-makers in the state to plot deference. Correct me if I'm wrong, in this case, it is a law in the circuit that it is no longer justified to use the circuit in Congress as the circuit in the United States of America. Is that correct? No, it is not. Every organization is different in its order of importance. So, what about the court? What about the court in California? Adults, women, it is not a consented thing in other countries where the parties negotiate an agreement and then it's entered by the court and it is not a final reference to the state. In 1915, Mr. Lincoln, the judge used the reviews in finance. The judge did approve one by one by the investors. It is not appropriated by the court for a decision on relative changes to the finance. So, what about the state? I mean, the state is not a client in some of the laws of the United States of America. Do you think we can go to state court and enforce it by law suit? I think each state in our country has a different jurisdiction. It's not a specific jurisdiction, but it's still a law institution reserved for the purpose of working, defining, engaging, or dealing with public clients. It's a man-just-like-you-can-select-a-thing. It is not a model. It is not a decision made by the court or approved by the court. It will be the parties' decision. It's not a standard. Why is the decision not a standard? Well, I think that the court sees that the state's contract with the federal insiders must be constructed according to the rules. How do you interpret it? How does the state have to consent to this term? We hear lots of cases saying it's counterintuitive, but it's also more than counterintuitive. It's also wrong. Well, there are more standards. It's not a decision that's made by the state. It's a decision that's made subject to interpretation by all these courts. No one makes it clear that it's no longer a specific decision. It's a decision that's made by the state. It's not a decision that's made by the federal insiders. It's a decision that's made by the federal court. Well, I think it is. There are decisions outside of the federal insiders that have a clear line between a parent and their daughter and daughter, but it's your decision here that depends on where it's not done. It's not a decision that's made by the federal insiders. And let me interrupt you for a second and go to page 14 of the excerpt. The question you just chose on February 28, 1914, the court. One last question, and I'll let you go ahead. We create courts and ask deference. Do you know of success that confirmed the claim that the appellant court owes some deference in interpretation of the permissions of the police to the defendant? I mean, just like when we're reviewing trials in which we're in the middle of discussions. The judge has the confirmation here in all the hearings leading up to it. He knows the background. I don't. Do I owe some deference in the interpretation of the claim with respect to the word investor or other permissions? Mr. Graefer, not you. Please trust me, Your Honor. I think you do owe a deference. Your Honor, I think that's clear under my circuit law. So are you to be in a position here different than the one Mr. Graefer told you in the district court? Okay, Your Honor. I don't think so. How can you do that? I mean, this is what you work to make free. You should see it at that point in the district court. I will be back by their concession. No, Your Honor. It's transferred on us. The transfer department before the district court in the case which has DeNovo in use in this case, it's not a record which was published on the member reviewing board. This court found in a previous court or similar case that it's not found in public decisions or discussions before the district court, and it's entitled to review DeNovo if ruling is the court of law. It was a first of all a paradox case in the district that can bust the state law and say that the question is this. A plaintiff's court interpretation is entitled to a full evidence and can only be overturned for abuse of discretion. In that case, the judge will whisper that whoever can bust your argument, they will be held as a contract. However, the name of the case showed efforts to pressure the judge interpreting the point of the confirmation. Your Honor, in this case, I think that's just a second circuit. There's also an obstacle test. National District is an obstacle test, and it's not common that such evidence occurs when there's been any misuse or ambiguities. It's the same that's used by the Fifth Circuit in 2000. It says that the Fifth Circuit actually refused to defer the plaintiff's court's interpretation because it ignored the issue too far of the plaintiff's case. On the second circuit, the judge said that there's no modification on the interpretation  fifth sector, but there's a serious fear that the court is going to be confused about the circuits between the Fifth Circuit and the Fifth Circuit. Your Honor, if it's someone like Anthony that the circuit treats in another way, I believe that there isn't a new circuit between the two jurisdictions. Your Honor, in this case, the rule is logically plausible because it's supported by the Fifth Circuit and the record. The confirmation of the court's indifference about whether the defendant's formalities and characteristics were sufficient. But at the time that she heard it, what happened was that it were not at least 100 times in addition to the plaintiff's self, but instead of a lawsuit. Your Honor, one of the reasons that the plaintiff's self is not at least 100 times in  plaintiff's self is because the court is not clear about the $400,000 in his redemption budget. Is that a force? Is that a force that included the $400,000? There's also another case where the plaintiff won but the first portion of the $400,000 was gratified by the investor's donation. The financial group's non-existent strategic cost of action was gratified by the investor's donation. The case for one also courts investors. In case one, for first, the two investors received their remunerations, but in that same case, investors picked up why it's not the time to receive the remuneration. The objections indicate there is some confusion about that. But remember, the courts are not parties to this contract. They are not parties to the claim. We know that the tribute identified in the state of Washington budget usually depends on the $400,000. So it seems to me that the federal industry that includes the budget itself states in Section 10.2 and indicates that it's on the debtor, not the courts, not the trust, not the courts, not the courts,  not the courts, not the courts, not the courts, not the courts, not the courts,           not money, not money. However, the reports state that the budget Fiona and her husband  $1,000.00 a year. No more $1,000.00   It basically says here, write your name, use nothing, the object is randomized. The two words do not go with each other. Can I get any questions before I go to a meeting for a defense law suit. Ok. Last year, let's do a little bit. Can we go to application form for the year? I would be very quick to come to the exchange meeting. Part of the reason I want- it's kind of interesting. We want people to go home and they prefer to return to their backyard to watch the play. It's the only way society actually vices you. You shouldn't be forced to take the backpacks upon oneself, unless it's for something out of money, and they just say, I don't think anybody has to take the backpacks. And, you know, it helps. But, again, it's not going to attract people to listen, but it's not going to keep people out of a hospital. It's theoretical only in the sense that we, uh, a lot of us need to put in terms. We, when someone's turned back on us, we want them to. So, you know, how did you take the same way to take my backpack? It's kind of like a recheck. There are other mechanisms that are still to be spelled out and used. We are not only interpreting the play, we are looking at how it's used, how it's sold, and what it is by your orders. That's where our difference is important. If you go to a casino, not only does it have a specific ACP spot, it goes through and says, the trustee briefing of the play and the release and the definition of investors. Classes, issues that are inconsistent with my approval of the disclosure statement, is contained in my information and my proclamation of the plan that it was fair, equitable, and justified by first property. He has basically said, I should go back and make sure this lawsuit is consistent with my prior orders and we're all fair on the accrual of the disclosure statement and there is adequate information for the typical hypothetical investor to locate or nail the plan. I know that was pretty dumb readings, but there was a bit of scrutiny. I would think the trustee would have to call into question his withholding reason that the disclosure statement was not effective, in the middle of the process, in this circuit. That's called an undisclosed neutrality case. In a neutrality case, it's such that there's another difference. For instance, if the defender has no confirmation, prior confirmation, it's suggested that you have a possible prospect that must be disclosed. And that is a possibility, so it's such that it must be disclosed. That is, in section H-75 of the Human Rights Lawsuit, and it acts normally under certain jurisdictions in its memorandum of instances. If you have the rights, it was apparently you who, in response to Judge Foxworth, had to comply to one of the four motion drivers in place that are at the moment, and I think it's part of a scrutiny that we're going to do properly, that motion may make that motion. That violates this circuit's morality and you have to, if you know who the party is that you want to retain that possibility, cease and desist. Hi. I'm so scared. What's so important about this is you can't go over information unless you provide a disclosure statement to interested parties. If the court determines that this was a disclosure, that must be categorical information so people can make informed decisions. And Judge Gainesville's memorandum of instances say that I know I'm not just the proper place to have small-eyed influencers. Well, if you have that kind of information and friends have other priorities, then you're going to have to have a bunch of senses to set your priorities. It's imperative that a person start administering ongoing decisions with post-partum risk measures for people that you recognize. New measures may or may not consist of his prior orders. And if you look at Judge Gainesville's memorandum of instances, on page five, he raises five different issues that conflict with his prior orders. He says, no law enforcers, being an inherent lack of equity, can release all police-based infestors from statehouse abuse who are represented by the community or part of the community, while retaining similar claims against others. In the area of law enforcement, he would violate a policy that is by police order for them to be unbeaten, spared, equitable, and discriminated against fairly. What also is free of discrimination and fairly is the trustee's adversary lawsuit that trots to be the law-enforcing person that's a part of the same era that Judge Gainesville's decision overexamined. There appears that there is apparently unjustified disparage between investors. Well, he's already broken the confirmation order, and there was not disparate treatment at some of those situated classes because that would violate a law-enforcing standard that would be tossed by some of the situated creditors that have to be similarly situated. And then you have to treat them as and Judge Gainesville's law then says that there appears to be unfair discrimination in his confirmation order. After my friend Bill courted 16 classes voting against this policy, his character shows that he's been determined not to stand in the distance of class or more of creditors but to be spared, equitable, and discriminated on fairly discrimination. Judge Gainesville's disinterpretation followed the trustee in this lawsuit. He doesn't call it a disinterpretation, but he says this doesn't reconcile with what I have already said. He also then goes on to repeat some of the same statements that Judge Gainesville made. He turns to a flaw in his view of inequality and says, Remember, equity defines the security value and equity defines equality. I suggest to this court that while the investors plan released claims against RBC and OLSC trading factors in the normal force of the investors are becoming softer and that the OLSC firm that operates its bar should please request new product from us to split up the shares of OLSC with a normal interpretation of investors. We look back at the question itself. Section 4.6 states investors must reconcile their armaments that plan to go on to
judges: Schroeder, Kozinski, Trott